**Susan G. BOND, Appellant,**

v.

**William J. BOND, Respondent.**

**No. WD 45711.**

Missouri Court of Appeals, Western District.

Oct. 20, 1992.

Hugh D. Kranitz, Kranitz & Kranitz, St. Joseph, for appellant.

Michael Paul Harris, St. Joseph, for respondent.

Before FENNER, P.J., and TURNAGE and KENNEDY, JJ.

## ORDER

PER CURIAM:

Appellant appeals from decree of dissolution of marriage and the division of marital assets.

The judgment is affirmed. Rule 84.16(b).